IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
Cincinnati Division

LESLIE WOOD,

    Petitioner

                                 Criminal Number: CR-1-02-005

-V-

UNITED STATES OF AMERICA,

    Respondent

                                 Case Number:_____

## MOTION FOR RE-SENTENCING

Comes Now The Petitioner, Leslie Wood, Pros-Se, and move the Honorable S. Arthur Spiegel, Senior United States District Judge, for an Order correcting the petitioner's sentence.

## ARGUMENT (Factual)

This Honorable Court sentenced the petitioner to "130" months incarceration, a sentence at the bottom of the Guidelines, to run "concurrently" to the State of Ohio sentence the petitioner was serving because this Court determined that activity in both cases seemed to be continuous.

1

The Bureau of Prisons has refused to allow the petitioner a jail credit for time served while incarcerated at the Ohio State facility because they have not received an order from this Court stating that concurrent sentences were directed the sentencing Court.

The petitioner is submitting an attachment with this motion that state the terms of sentence. (See Attached "Judgement In A Criminal Case) This attachment was signed by this Honorable Court and Filed on August 15, 2002. Page "Two" of the attachment notes this Courts sentence Ordered.

### JURISDICTION

The court's jurisdiction is invoked pursuant to Title 28 U.S.C. §1331, §1346, §1361, §1366, and §1367. The petitioner further moves for an expedited response as to allow the petitioner to participate in the Drug Program in the Bureau Of Prison.

Respectfully Submitted,

*Leslie L. Wood*
Leslie Wood #65736-061
Box 6000
Federal Prison Camp
Ashland, Kentucky 41105-6000