**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

1:02-CR-005

DOC. 37 8/25/05

Sent To: *LESLEE WOOD 65736-061*

Street, Apt. No.; or PO Box No. *FCI ASHLAND SATELLITE CAMP*

City, State, ZIP+4 *ASHLAND, KY 41105*

PS Form 3800, April 2002          See Reverse for Instructions