**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   02cr5 #37
   LESLIE WOOD, 65786-061
   FCI ASHLAND
   SATELLITE CAMP
   P.O. BOX 6000
   ASHLAND, KY 41105

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _J abha_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): J abha
C. Date of Delivery: 8-22-05

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7002 0860 0000 1409 1132

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-0835