SDOH, 7/03

## PAYMENT SCHEDULE FOR COURT-ORDERED MONETARY PENALTIES

Name: Leslie Lamar Wood   Docket #: 0648 1:02CR00005

Address: 3470 Reeves Blvd. Ashland KY 41101   Judge: **THE HONORABLE S. ARTHUR SPIEGEL**

You have been ordered by the United States District Court to pay a special assessment of $ 100, restitution of $ 0, and/or a fine of $ 2,500, as a condition of your supervision (probation, parole, or supervised release).

**Probation Officer's Recommendation:**

It is the recommendation of the Probation Officer that the court order a payment schedule in the about of $ 10, commencing. This is based on the following analysis of your ability to pay: YOUR REPORTED INCOME AND EXPENSES.

_____   07/10/13
U. S. Probation Officer           Date

**Order of the Court:** The Court orders minimum monthly payments of $ 10 to commence on 8/1/13 and to continue until the debt is satisfied or the Court alters the payment schedule.

_____   7/15/13
Signature of Judicial Officer     Date

Original: Probation file
Copies: Defendant, Clerk of Court, US Attorney office, FLU

**Instructions to offender:** Payments must be in the form of a Money Order, Certified Check or Cashier's Check. **Personal checks will not be accepted.** The check or money order must be made payable to: Clerk, U.S. District Court. Please reference the docket # listed above on the check or money order. Submit the payment directly to the Clerk of Courts at:

Click here to choose a city.

<u>Note</u>: Your restitution/fine bears or does not bear (strike one) interest. There could be additional monetary penalties for payments that come past due as outlined in the attached <u>General Instructions Regarding Special Assessments, Restitution and Fines for Persons Under Supervision</u>. I agree to make payments as outlined above. I understand that failure to abide by this agreement could result in revocation of my supervision and other penalties. If for any reason I am unable to make a scheduled payment, I will contact my Probation Officer immediately to advise. I hereby acknowledge that I have received a copy of this schedule and agreement.

_____   _____7-4-13_____
Defendant                                                         Date

_____   _____7/10/13_____
U. S. Probation Officer                                      Date